UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRIS DESSART,<br><br>        Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Civil Action No.:<br>2:21-cv-04551-CCC-AME |

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

    Plaintiff Chris Dessart ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Defendant") (collectively referred to as the "Parties"), by and through their respective undersigned attorneys, submit the following joint notice of settlement and request to stay. On February 22, 2022, the Parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines in this matter for sixty (60) days pending the finalization of the release and settlement agreement.

    WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the remaining deadlines in the case for sixty (60) days.

79764422v.1

| | |
|---|---|
| **Dated: February 22, 2022** | **Dated: February 22, 2022** |
| By: /s/ *Joel D. Zelkowitz*<br>Joel D. Zelkowitz<br>Michael Quiat<br>USCHER, QUIAT, USCHER & RUSSO, P.C.<br>433 Hackensack Avenue, 2nd Floor<br>Hackensack, NJ 07601<br>Phone 201-342-7100<br>Fax 201-342-1810<br>Email: jzelkowitz@uqur.com<br>Email: mquiat@uqur.com | By: /s/ *Alnisa Bell*<br>Alnisa Bell<br>SEYFARTH SHAW LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 218-5500<br>Facsimile: (212) 218-5526<br>E-mail: abell@seyfarth.com<br><br>Matthew A. Clabots (*pro hac vice*)<br>SEYFARTH SHAW LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Tel: (312) 460-5000<br>Fax: (312) 460-7000<br>Email: mclabots@seyfarth.com |
| *Attorneys for Plaintiff*<br>*Chris Dessart* | *Attorneys for Defendant*<br>*The Prudential Insurance Company of America* |