UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRIS DESSART,<br><br>        Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Civil Action No.:<br>2:21-cv-04551-CCC-AME<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Chris Dessart ("Plaintiff") and Defendant The Prudential Insurance Company of America (incorrectly named in the Complaint as "Prudential Insurance Company of America") ("Prudential") (collectively "the parties"), by and through their undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses, and attorneys' fees.

79764548v.1

| | |
|---|---|
| DATED: March 16, 2022 | DATED: March 16, 2022 |
| CHRIS DESSART | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |
| By: */s/ Joel D. Zelkowitz* <br> Attorney for Plaintiff | By: */s/ Alnisa Bell* <br> Attorney for Defendant |

Joel D. Zelkowitz
Michael E. Quiat
USCHER, QUIAT, USCHER & RUSSO, P.C.
433 Hackensack Avenue
Hackensack, New Jersey
Email: jzelkowitz@uqur.com
Email: mquiat@uqur.com

Alnisa Bell
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
abell@seyfarth.com

Matthew A. Clabots (*pro hac vice*)
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Tel: (312) 460-5000
Fax: (312) 460-7000
Email: mclabots@seyfarth.com

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:   3/17/2022